UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KYLE OWENS,<br><br>Defendant. | 6:20-PO-05010-KLD<br>Violation : FAJD005M<br>Location Code: M5<br><br><br>JUDGMENT IN A CRIMINAL CASE |

On October 20, 2021 Defendant entered a plea of nolo contendere to Violation No. FAJD005M, charging displaying fictitious license plates, in violation of 36 C.F.R. § 361.54(d). On December 13, 2021, Defendant appeared by video for sentencing on this offense. As discussed at the hearing, the Court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

Defendant must pay a fine in the amount of $25 plus a $10 Special Assessment and $30 Processing Fee for a total of $65. Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278. Alternatively, Defendant may pay online at www.cvb.uscourts.gov.  Defendant shall pay the fine in three monthly installments of $20 each. Defendant's first payment is due on or before June 15, 2021 and all subsequent payments are due on or before the 15th day of each month thereafter.

Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence

imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If Defendant appeals, Defendant will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing the appeal. Defendant  also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court." Fed. R. Crim. P. 58(g)(2)(c).

DATED this 13th day of December, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge